UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
MELANEA TEJADA,                                                          :
                                                                         :
                              Plaintiff,                                 :
                                                                         :
                -v-                                                      :     25 Civ. 7600 (JPC)
                                                                         :
RODNEY A. DEGROAT and VLA LANCASTER LLC,                                 :     ORDER
                                                                         :
                              Defendants.                                :
                                                                         :
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

      This case was removed from the New York Supreme Court for Bronx County on September 12, 2025. Dkt. 1. In the notice of removal, Defendants invoke the Court's subject-matter jurisdiction on the ground of diversity of citizenship under 28 U.S.C. § 1332(a). *Id.* ¶ 9. According to the notice of removal, Plaintiff Melanea Tejada is a resident of New York. *Id.* ¶ 5. The notice of removal also provides that Defendant Rodney A. Degroat is a resident and citizen of Pennsylvania, *id.* ¶ 7, and that Defendant VLA Lancaster LLC "is a foreign corporation whose principal place of business is in Pennsylvania and state of incorporation is Texas," *id.* ¶ 6.

      To the extent that VLA Lancaster LLC is a limited liability company ("LLC"), an LLC takes the citizenship of its members. *See Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000); *see also Brady v. IGS Realty Co.*, No. 19 Civ. 10142 (PAE), 2020 WL 5414683, at *10 (S.D.N.Y. Sept. 8, 2020). A party attempting to invoke the Court's diversity jurisdiction must therefore allege the citizenship of natural persons who are members of an LLC as well as the place of incorporation and principal place of business of any corporate entities that are members of the LLC. *See Handelsman*, 213 F.3d at 51-52; *see, e.g., New Millennium Cap.*

*Partners, III, LLC v. Juniper Grp. Inc.*, No. 10 Civ. 46 (PKC), 2010 WL 1257325, at *1 (S.D.N.Y. Mar. 26, 2010).

Accordingly, it is hereby ordered that by September 25, 2025, Defendants shall file a letter informing the Court whether VLA Lancaster LLC is an LLC.  If so, then Defendants shall amend the notice of removal to properly allege the citizenship of VLA Lancaster LLC's members.

SO ORDERED.

Dated: September 15, 2025
      New York, New York

JOHN P. CRONAN
United States District Judge