UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 1/13/2026
```

MELANEA TEJADA,

                              Plaintiff,                                    25-CV-07600 (JPC)(SN)

        -against-                                                          **ORDER**

RODNEY A. DEGROAT and VLS LANCASTER
LLC,

                              Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Per the Civil Case Management Plan & Scheduling Order (ECF No. 16), the parties were

ordered to file a joint letter by Monday, January 12, 2026, informing the Court about the status of

discovery. The parties failed to file their letter as directed. The parties are ORDERED to file

their joint status letter by no later than Friday, January 16, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        January 13, 2026
              New York, New York