UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 3/25/2026 .
```

MELANEA TEJADA,

                         **Plaintiff,**

         -against-

RODNEY A. DEGROAT and VLS LANCASTER
LLC,

                        **Defendants.**

-------------------------------------------------------------------X

**25-CV-07600 (JPC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Per the Civil Case Management Plan & Scheduling Order (ECF No. 16), the fact discovery period is scheduled to close on Wednesday, April 1, 2026. If the parties believe that a settlement conference would be productive at this time, they are directed to contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov with three mutually convenient dates in April or May for a settlement conference. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 25, 2026
             New York, New York